396 A.2d 842

Quick et al., Appellants, v. Sukala et al.

Quick et al. v. Sukala, Appellant, et al.

Ar-

gued October 23, 1978. David B. Corneal, for appellant at No. 538, and appellee at No. 560; Joseph J. Lee, for appellant at No. 560, and appellee at No. 538; Richard M. Sharp, for appellee, Sheila A. Quick, at No. 560.

Before PRICE, HESTER and WATKINS, JJ.

Order affirmed.